August 31, 2006

Mr. Kevin D. Jewell
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002
Mr. Michael W. Youtt
King & Spalding, L.L.P.
1100 Louisiana, Suite 4000
Houston, TX 77002-5219

RE: Case Number: 05-0098
 Court of Appeals Number: 14-04-00603-CV
 Trial Court Number: 27373

Style: CITY OF ANGLETON
 v.
 USFILTER OPERATING SERVICES, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and remands the case to the trial court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jerry |
| |Deere |
| |Mr. Ed Wells |